

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00164-CV

---

JAMES SCOTT TRIMM AND
INGRID TRIMM
APPELLANTS

V.

U.S. BANK, NATIONAL
ASSOCIATION, AS TRUSTEE OF
J.P. MORGAN MORTGAGE
ACQUISITION CORP. 2005 OPT1
APPELLEE

------------

FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 096-249211-10

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On August 22, 2016, we notified appellants that their brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellants or any party desiring to continue this appeal filed with the court

---

[1]*See* Tex. R. App. P. 47.4.

within ten days a response showing grounds for continuing the appeal.  *See* Tex. R. App. P. 42.3.  We have not received any response.

Because appellants' brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and SUDDERTH, J.

DELIVERED:  September 22, 2016